# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Benjamin Riley, individually and on behalf of all others similarly situated,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>Client Services, Inc., a Missouri corporation,  )<br><br>Defendant.  ) | No. 1:17-cv-2604-RLY-DML |

**APPROVED - CASE IS DISMISSED WITH PREJUDICE.**
Dated: 12/11/17

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against Defendant, hereby stipulates to the dismissal of his individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated: November 29, 2017

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1